Charles William POLLEY, Appellant,

v.

Deborah Rose KLAMM, Respondent.

No. WD 62648.

Missouri Court of Appeals, Western District.

March 30, 2004.

Patrick Michael Davis, Kansas City, for Appellant.

Larry Buccero, Ronald Jurgeson, Lee's Summit, for Respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

## ORDER

Charles William Polley appeals the circuit court's judgment denying his motion to modify a dissolution decree as it pertained to the issues of custody, visitation, and child support. We affirm. Rule 84.16(b).